IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.                         NO. 4:07CR00267 SWW

MOZELL MOORE, JR.
JEWELL EDWARD EASTER

### AMENDED PRELIMINARY ORDER OF FORFEITURE

This matter came before the Court on the Motion of the United States to Amend the Preliminary Order of Forfeiture entered on April 1, 2008, to include the forfeiture from defendant Mozell Moore, Jr..

1. The defendant Mozell Moore, Jr., pled guilty to Counts 1, 3, 4 and 5 of the Indictment and signed a Plea Agreement on June 25, 2008. Mozell Moore, Jr. has agreed to forfeit the following:

   **a.   One Smith and Wesson .357 magnum revolver bearing serial number AAD6725;**

   **b.   One .9mm Tech-9 semi-automatic pistol bearing serial number A039931;**

   **c.   One .45 calibur Taurus Milleanium Pro semi-automatic pistol bearing serial number NYE89434.**

2. Defendant Jewell Edward Easter pled guilty to an Information on March 19, 2008 and agreed to the forfeiture in this matter and was included in the Preliminary Order dated April 1, 2008.

1

3.   The Preliminary Order dated April 1, 2008, was on the following firearms:

    a.   **One Smith and Wesson .357 magnum revolver bearing serial number AAD6725;**

    b.   **One .9mm Tech-9 semi-automatic pistol bearing serial number A039931;**

    c.   **One .45 calibur Taurus Milleanium Pro semi-automatic pistol bearing serial number NYE89434.**

WHEREFORE, the Preliminary Order of Forfeiture that was entered on April 1, 2008, is amended to include defendant Mozell Moore, Jr. and Jewell Edward Easter and the firearms set forth above following the Court's disposition of all third-party interests, or, if none, following the expiration of the period provided in Title 21, United States Code, Section 853(n)(2) for the filing of third party petitions.

The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

IT IS SO ORDERED this 15th day of July, 2008.

                                          /s/Susan Webber Wright
                                          UNITED STATES DISTRICT JUDGE