```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF ARKANSAS


UNITED STATES OF AMERICA

v.                                    NO. 4:07CR00267 SWW

MOZELL MOORE, JR.
JEWELL EDWARD EASTER
```

## FINAL ORDER OF FORFEITURE

WHEREAS, on July 15, 2008, this Court entered an Amended Preliminary Order of Forfeiture, ordering defendants to forfeit their interest in the following:

```
    a.   One Smith and Wesson .357 magnum revolver bearing
         serial number AAD6725;

    b.   One .9mm Tech-9 semi-automatic pistol bearing serial
         number A039931;

    c.   One .45 calibur Taurus Milleanium Pro semi-automatic
         pistol bearing serial number NYE89434.
```

WHEREAS, the United States caused to be published in the Arkansas Democrat Gazette, a newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Amended Preliminary Order. and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

WHEREAS, no claims were filed by any persons with respect to any of the property described herein;

WHEREAS, the Court finds that defendant had an interest in the property that is subject to forfeiture pursuant to Title 21, U.S.C.§ 853(a) .

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

```
a.     One Smith and Wesson .357 magnum revolver bearing
       serial number AAD6725;

b.     One .9mm Tech-9 semi-automatic pistol bearing serial
       number A039931;

c.     One .45 calibur Taurus Milleanium Pro semi-automatic
       pistol bearing serial number NYE89434.
```

are hereby forfeited to the United States of America pursuant to Title 21, U.S.C.§ 853(a).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title, and interest in all of the property set forth above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

IT IS SO ORDERED this 16th day of September, 2008.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE