# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

vs.                         NO. 4:07CR00267-001  SWW

MOZELL MOORE, JR.                                                  DEFENDANT

### ORDER

Pending before the Court is defendant's pro se motion for early termination of supervised release (doc #74).  After a review of the motion, the Court is of the opinion that a response by the United States of America would facilitate the resolution of the motion.  The Court therefore directs the United States to respond to the motion on or before *September 1, 2016.*

IT IS SO ORDERED this 12th day of August 2016.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE